**DEBTOR:** CR Briggs Corporation        **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 15-22850-JGR        **FOR QUARTER ENDED:** 30-Sep-18

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | |
|---|---|---:|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 590,251.89 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 0.00 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 180,746.94 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 409,504.95 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---:|---:|---:|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ 8,134.21 | $ 8,314.21 | $ 20,475.24 |
| | Plan Trustee Expense | 0 | | |
| | Attorney Fees - Trustee | 5,498.50 | 184,018.37 | 184,018.37 * |
| | Attorney Fees - Debtor | 0 | | |
| | Other Professionals | | 40,070.04 | |
| | Other Administrative Expenses | 650.00 | 5,909.82 | 5,909.82 |
| | TOTAL ADMINISTRATIVE EXPENSES | $ 14,462.71 | $ 238,312.44 | $ 238,312.44 |
| 2. | SECURED CREDITORS | $ | | |
| 3. | PRIORITY CREDITORS | $ 60,046.62 | 60,046.62 | 60,046.62 |
| 4. | UNSECURED CREDITORS | $ 106,237.61 | 106,237.61 | 389,029.70 |
| 5. | EQUITY SECURITY HOLDERS | $ | | |
| 6. | Attach additional sheets as nece | $ | | 0 |
| | **TOTAL PLAN PAYMENTS** | $ 180,746.94 | $ 404,596.67 | $ 409,504.95 |

| | Amount | Date | Check No. |
|---|---:|---|---:|
| **QUARTERLY FEE PAID:** | $ 650.00 | | 183 |

**PLAN STATUS:**                                    Yes  No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)  ☐  ☒

2. Are all post-confirmation obligations current? (If no, attach explanation.)  ☒  ☐

3. Projected date of application for final decree: 2nd quarter 2019

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

By: _____
Atna Liquidating Trust for CR Briggs Corporation
Kenneth J. Bueshler, Trustee Liquidating Trust

Email & Phone: ken@bandglawoffice.com, 720-381-0045

Form 3
Rev. 12/10/200